E-filing

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
UMG RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and WARNER BROS.
RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation,

Plaintiffs,

v.

JOHN DOE,

Defendant.

CASE NO. C 07 4098 PVT

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31609 v1

Dockets.Justia.com

1       Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,

2 the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3       ORDERED that Plaintiffs may serve immediate discovery on University of

4 California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena

5 that seeks documents that identify Defendant John Doe, including the name, current (and permanent)

6 address and telephone number, e-mail address, and Media Access Control address. The disclosure

7 of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8       IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in

9 response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting

10 Plaintiffs' rights under the Copyright Act.

13 Dated: 8/14/07      By: _____
United States District Judge
*magistrate*

---

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31609 v1