E-filing

ORIGINAL FILED

AUG -9 PM 2: 27

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  UMG RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and WARNER BROS.
8  RECORDS INC.
9
10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11
12                                    CASE NO. C 07 4098 PVT
13 ATLANTIC RECORDING CORPORATION, a
   Delaware corporation; UMG RECORDINGS,
14 INC., a Delaware corporation; SONY BMG       [PROPOSED] ORDER GRANTING EX
   MUSIC ENTERTAINMENT, a Delaware              PARTE APPLICATION FOR LEAVE TO
15 general partnership; and WARNER BROS.        TAKE IMMEDIATE DISCOVERY
16 RECORDS INC., a Delaware corporation,
                        Plaintiffs,
17
18      v.
19 JOHN DOE,
                        Defendant.
20

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31609 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2  the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of
4  California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena
5  that seeks documents that identify Defendant John Doe, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control address. The disclosure
7  of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
9  response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
10  Plaintiffs' rights under the Copyright Act.

Dated: 8/14/07       By: _____
United States ~~District~~ Judge
*magistrate*