1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  UMG RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; and WARNER BROS.
8  RECORDS INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

| 13 | ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, Plaintiffs, v. JOHN DOE, Defendant. | CASE NO. C 07-04098 PVT<br><br>**Honorable Patricia V. Trumbull**<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |
|---|---|

Ex Parte Application and [Proposed] Order
Case No. C 07-04098 PVT
#33630 v1

Plaintiffs respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 2:00 p.m. to February 12, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa Cruz") so that Plaintiffs could obtain information sufficient to identify Defendant. On August 14, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs have served UC Santa Cruz with a Rule 45 subpoena directing UC Santa Cruz to produce certain documents and information necessary to identify Defendant. The response date of Plaintiffs' subpoena is November 28, 2007.

Because Plaintiffs cannot identify Defendant until UC Santa Cruz has responded to Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 2:00 p.m. to February 12, 2008. Because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007 (only nine days after Plaintiffs expect to receive the subpoena response enabling them to identify Defendant), Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 6, 2007                                          HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs

Ex Parte Application and [Proposed] Order
Case No. C 07-04098 PVT
#33630 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 13, 2007, at 2:00 p.m. be continued to February 12, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 7, 2007

By: /s/ Patricia V. Trumbull

Honorable Patricia V. Trumbull
United States Magistrate Judge